Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
Veronica M. Keithley (Bar No. 1411100)
veronica.keithley@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for ConocoPhillips Alaska, Inc.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900    Fax 206.386.7500

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, THE SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>           Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, RYAN ZINKE, in his official capacity as Secretary of the Interior, and BRIAN STEED, in his official capacity as the official exercising the authority of the Director of the Bureau of Land Management,<br><br>           Defendants. | Case No.: 3:18-cv-00030-SLG<br><br>**MOTION TO INTERVENE BY CONOCOPHILLIPS ALASKA, INC.** |

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, ConocoPhillips Alaska, Inc.

("ConocoPhillips") respectfully requests leave to intervene as a defendant in this civil action, and

to assert the defenses set forth in its accompanying proposed Answer. As set forth more fully in

the accompanying Memorandum and the Declaration of John F. Schell, Jr. in accordance with Rule 24(a):

1.  This motion to intervene is timely;

2.  ConocoPhillips has an interest relating to the transactions which is the subject of this action;

3.  ConocoPhillips is so situated that disposition of this action may as a practical matter impede or impair its ability to protect its interests; and

4.  ConocoPhillips' interests may not be adequately represented by existing parties.

Alternatively, in accordance with Rule 24(b), ConocoPhillips requests permissive intervention because its claims and defenses have questions of law and fact in common with those raised in this action and intervention will not unduly delay or prejudice the adjudication of the rights of the other parties.

As set forth in the Declaration of Ryan Steen, ConocoPhillips' counsel has contacted counsel for the parties to this litigation regarding this motion. Federal Defendants do not oppose ConocoPhillips' motion to intervene. As of March 28, 2018, Plaintiffs "take no position on the motion at this time."

ConocoPhillips respectfully requests that this Court enter the proposed order, filed with this motion, granting it leave to intervene in this action directing that its Answer be filed.

DATED: March 29, 2018.

STOEL RIVES LLP

By:/s/ Ryan P. Steen
RYAN P. STEEN
JASON T. MORGAN
VERONICA M. KEITHLEY
Attorneys for ConocoPhillips Alaska, Inc.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:18-cv-00030-SLG; who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Ryan P. Steen
Ryan P. Steen

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900    Fax 206.386.7500

MOTION TO INTERVENE BY CONOCOPHILLIPS ALASKA, INC.
3:18-cv-00030-SLG
Page 3 of 3
96084017.1 0028116-00135