Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
Veronica M. Keithley (Bar No. 1411100)
veronica.keithley@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for ConocoPhillips Alaska, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| NORTHERN ALASKA ENVIRONMENTAL CENTER, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, THE SIERRA CLUB, and THE WILDERNESS SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, RYAN ZINKE, in his official capacity as Secretary of the Interior, and BRIAN STEED, in his official capacity as the official exercising the authority of the Director of the Bureau of Land Management, <br><br> Defendants. | Case No.: 3:18-cv-00030-SLG <br><br> **DECLARATION OF JOHN F. SCHELL, JR. IN SUPPORT OF INTERVENTION** |
|---|---|

I, John F. Schell, Jr., hereby declare and affirm as follows:

1. I make this declaration in support of ConocoPhillips Alaska, Inc.'s motion to intervene in the above-captioned litigation. I have personal knowledge of the matters stated

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

below that I know to be true and correct, and I am authorized and competent to make this declaration.

2. I am currently employed by ConocoPhillips Company, and have been for 28 years. In my current position, which I have held since December, 2016, I am the Manager of Land and Business Development in Alaska, and work on behalf of the corporate affiliate, ConocoPhillips Alaska, Inc. (hereafter, ConocoPhillips). As such, I oversee the Land Department, which is responsible for, among other things, identifying tracts of land for ConocoPhillips to bid on in lease sales. Through lease acquisitions, relinquishments, assignments and other transactions, the Land Department adjusts the ConocoPhillips portfolio of oil and gas leases in Alaska to align with the company's geological knowledge, business conditions, development strategies and other changing circumstances. To do this, the Land Department staff, under my leadership, identifies tracts to nominate for lease sales, prepares bids to offer in competitive lease sales, considers strategic joint bidding agreements with other companies, and handles the documentation and payments necessary to maintain leases after being successful at a lease sale or completing other lease transactions.

3. ConocoPhillips has been a major participant in the exploration, development, and production of oil and gas in Alaska for decades, either directly or through corporate affiliates and/or heritage companies. ConocoPhillips is actively involved in exploring for and developing new sources of oil and gas in Alaska. Based on internal company correspondence, ConocoPhillips currently produces approximately 190,000 barrels of oil per day from its North Slope lease interests, which includes production from leases ConocoPhillips currently holds in the National Petroleum Reserve – Alaska (NPR-A).

4. ConocoPhillips has acquired oil and gas leases covering just over one million acres in the NPR-A, which is more acreage than any other company by a significant margin, and has taken a careful, progressive approach to NPR-A development. In October 2015, ConocoPhillips commenced production from the Colville Delta 5 satellite, which was the first production site located in the NPR-A. In early 2017, ConocoPhillips began construction of the

Greater Mooses Tooth 1 satellite, which is expected to begin production in late 2018. ConocoPhillips is are presently permitting the Greater Mooses Tooth 2 satellite, and planning to begin construction in 2019. Finally, ConocoPhillips are appraising the Willow prospect, which was announced as a discovery in early 2017. Each of those projects involves an investment of hundreds of millions of dollars, and each of the satellite developments employs 700 people or more in direct new construction jobs.

5. The United States Bureau of Land Management (BLM) is the federal agency responsible for leasing portions of the NPR-A for oil and gas exploration and development. In November 2012, the BLM released the latest Integrated Activity Plan (IAP) addressing the entire NPR-A for the first time in one plan, documented in a comprehensive environmental impact statement (EIS) and associated record of decision. On June 15, 2012, ConocoPhillips filed detailed written comments on the draft EIS. A true and correct copy of ConocoPhillips' draft EIS comment letter is attached to this declaration as Exhibit A.

6. ConocoPhillips has acquired leases in all five NPR-A lease sales that have been conducted in accordance with the IAP from 2013 to 2017.

7. On December 6, 2017, the BLM conducted a NPR-A lease sale (2017 Lease Sale), which is the subject of the above-captioned litigation, in accordance with the IAP. The 2017 Lease Sale was a competitive sealed bid process. ConocoPhillips and Anadarko E&P Onshore, LLC (Anadarko) jointly were the high bidders on 7 lease parcels for a total bonus cost of over $1,000,000. ConocoPhillips and Anadarko jointly acquired these leases and pay annual rentals on them.

8. ConocoPhillips, Anadarko and the BLM have executed the lease documents for all of the lease interests it acquired in the 2017 Lease Sale, and have finalized the lease awards. ConocoPhillips has property rights in all of the leases it was awarded in the 2017 Lease Sale. ConocoPhillips has acquired Anadarko's interests in NPR-A leases and other assets in Alaska, although government approvals of the lease assignments have not yet been completed.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

9. ConocoPhillips has a significant and direct stake in the above-captioned litigation. The claims asserted in the Plaintiffs' complaint place ConocoPhillips' lease rights and its investment in securing those rights at substantial risk. Among other things, the Plaintiffs seek an order vacating the 2017 Lease Sale as well as all leases issued under that sale, including all of the leases acquired by ConocoPhillips. Such relief would significantly injure ConocoPhillips' interests, including but not limited to the loss of rights under any vacated leases.

10. The relief requested by the Plaintiffs would also undermine the investments made by ConocoPhillips prior to submitting its competitive bids in the 2017 Lease Sale. Prior to submitting the bids, ConocoPhillips invested in seismic data acquisition and analysis, at a cost of millions of dollars in staff time and contractor fees. This work formed a basis of the decisions about which leases to bid on and how much to bid, providing a competitive advantage at the lease sale. ConocoPhillips effectively revealed its findings from this investment when it bid on the individual lease parcels—it revealed which lands it believed were the most prospective and precisely how much it was willing to pay for particular parcels. All of ConocoPhillips' competitors now know which parcels ConocoPhillips values the most, depriving ConocoPhillips of the value of its investment in pre-sale data acquisition and analysis if another lease sale were to be held for the same parcels of land.

11. Any legal action that results in vacating or rescinding the 2017 Lease Sale or the leases sold under that sale would significantly and adversely affect ConocoPhillips' property interests, business plans, investments, and competitive position. Other forms of injunctive relief could also impose substantial additional costs from delay or increased regulatory burdens, or significantly devalue ConocoPhillips' leases.

12. In sum, the claims presented and relief requested in the present lawsuit directly and negatively implicate ConocoPhillips' interests. Resolution of the claims asserted by the Plaintiffs will have a significant and direct effect on ConocoPhillips' property, regulatory, and economic interests in its NPR-A leases. If the Plaintiffs in this litigation were to prevail and to obtain the relief they have requested, ConocoPhillips' interests would be directly harmed.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: March 27, 2018.

_____
JOHN F. SCHELL, JR.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:18-cv-00030-SLG; who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Ryan P. Steen*
Ryan P. Steen

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main 206.624.0900   Fax 206.386.7500*