Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
Veronica M. Keithley (Bar No. 1411100)
veronica.keithley@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for ConocoPhillips Alaska, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, ALASKA WILDERNESS LEAGUE, DEFENDERS OF WILDLIFE, THE SIERRA CLUB, and THE WILDERNESS SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, RYAN ZINKE, in his official capacity as Secretary of the Interior, and BRIAN STEED, in his official capacity as the official exercising the authority of the Director of the Bureau of Land Management,<br><br>Defendants. | Case No.: 3:18-cv-00030-SLG<br><br>**CONOCOPHILLIPS ALASKA, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, ConocoPhillips Alaska, Inc. states that it is a wholly owned subsidiary of ConocoPhillips Company. ConocoPhillips Company is a wholly owned subsidiary of ConocoPhillips, which is a publicly traded corporation. ConocoPhillips has

no parent corporation and, based on Schedule 13G filings with the Securities and Exchange Commission, no publicly held corporation owns 10 percent or more of its stock.

DATED: March 29, 2018.

              STOEL RIVES LLP

              By: */s/ Ryan P. Steen*
                RYAN P. STEEN
                JASON T. MORGAN
                VERONICA M. KEITHLEY
                Attorneys for ConocoPhillips Alaska, Inc.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:18-cv-00030-SLG; who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Ryan P. Steen*
Ryan P. Steen