# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NORTHERN ALASKA ENVIRONMENTAL CENTER, et al.,
    Plaintiffs,

v.

Case Number 3:18-cv-00030-SLG

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,
    Defendants,

CONOCOPHILLIPS ALASKA, INC.,
    Intervenor-Defendant.

**JUDGMENT IN A CIVIL CASE**

__XX__ **DECISION BY COURT**. This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the Plaintiffs' Motion for Summary Judgment at Docket [35] is DENIED; Intervenor-Defendant CPAI's Cross-Motion for Summary Judgment at Docket [46] is GRANTED; and Federal Defendants' Cross-Motion for Summary Judgment at Docket [47] is GRANTED. (See Order at Docket 52 for details).

APPROVED:

*s/Sharon L. Gleason*
SHARON L. GLEASON
United States District Judge

Date: December 7, 2018

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Lesley K. Allen
    Lesley K. Allen
    Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}