# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **District of Alaska**

U.S. District Court case number: **3:18-cv-00030-SLG**

Date case was first filed in U.S. District Court: **02/02/2018**

Date of judgment or order you are appealing: **12/10/2018**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Northern Alaska Environmental Center, Alaska Wilderness League, Defenders of Wildlife, The Sierra Club, and The Wilderness Society

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Trustees for Alaska

1026 W. Fourth Avenue, Suite 201

City: Anchorage    State: AK    Zip Code: 99501

Prisoner Inmate or A Number (if applicable):

**Signature**  s/Suzanne Bostrom    **Date**  Jan 3, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Northern Alaska Environmental Center, Alaska Wilderness League, Defenders of Wildlife, The Sierra Club, and The Wilderness Society

Name(s) of counsel (if any):

> Suzanne Bostrom, Brook Brisson, and Valerie Brown

Address: Trustees for Alaska, 1026 W. 4th Ave., Ste. 201, Anchorage, AK 99501

Telephone number(s): 907-433-2015, 907-433-2012, 907-433-2014

Email(s): sbostrom@trustees.org, bbrisson@trustees.org, vbrown@trustees.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> United States Department of the Interior, Bureau of Land Management, Ryan Zinke, and Brian Steed

Name(s) of counsel (if any):

> Michelle-Ann C. Williams

Address: U.S. Department of Justice, P.O. Box 7611, Washington, D.C. 20044

Telephone number(s): 202-305-0420

Email(s): Michelle-Ann.Williams@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6** Case 3:18-cv-00030-SLG   Document 54   Filed 01/03/19   Page 2 of 3  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:
United States Department of the Interior, Bureau of Land Management, Ryan Zinke, and Brian Steed

Name(s) of counsel (if any):
Romney S. Philpott

Address: U.S. Department of Justice, 999 18th St., #370, Denver, CO 80202

Telephone number(s): 303-844-1810

Email(s): romney.philpott@usdoj.gov

Name(s) of party/parties:
ConocoPhillips Alaska, Inc.

Name(s) of counsel (if any):
Ryan P. Steen, Jason T. Morgan

Address: 600 University Street, Suite 3600, Seattle WA 98101

Telephone number(s): 206-624-0900

Email(s): ryan.steen@stoel.com, jason.morgan@stoel.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  Case 3:18-cv-00030-SLG   Document 54   Filed 01/03/19   Page 3 of 3   *New 12/01/2018*